```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 04 B 04867
   JOHN V REYNOLDS
                                        CHAPTER 13

                                        JUDGE: JOHN H SQUIRES


         Debtor
    SSN XXX-XX-7552


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/09/04 and confirmed on 04/02/04.

   2.  The case was dismissed after confirmation, 03/21/2008.

   3.  The Debtor paid a total of $   51680.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
FIRST NORTH AMERICAN NAT SECURED              100.00         5.87        100.00
DELL FINANCIAL SVCS      SECURED              300.00        16.62        300.00
GMAC PAYMENT CENTER      SECURED VEHIC      22475.00      1413.01      22475.00
ASPIRE                   UNSECURED         10364.06          .00       5936.09
ROUNDUP FUNDING LLC      UNSECURED          5471.96          .00       3134.10
ECAST SETTLEMENT CORPORA UNSECURED           656.32          .00        375.73
SOLOMON & LEADLEY & ASSO UNSECURED           601.50          .00        344.36
ECAST SETTLEMENT CORP    UNSECURED          4142.55          .00       2372.67
KOHLS                    UNSECURED           653.55          .00        374.15
ECAST SETTLEMENT CORPORA UNSECURED          6330.67          .00       3625.93
ECAST SETTLEMENT CORPORA UNSECURED          4228.04          .00       2421.64
PAYDAY LOAN STORE OF ILL UNSECURED         NOT FILED         .00           .00
RESURGENT CAPITAL SERVIC UNSECURED           536.99          .00        307.56
SHORT TERM LOANS         UNSECURED           561.83          .00        321.79
THE CASH STORE           UNSECURED         NOT FILED         .00           .00
FIRST NORTH AMERICAN NAT UNSECURED          2283.59          .00       1307.94
GMAC PAYMENT CENTER      UNSECURED          2712.27          .00       1553.47
DELL FINANCIAL SVCS      UNSECURED           759.56          .00        435.05
      Summary of disbursements:

                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  22875.00         .00     39302.89          .00      62177.89
PRINCIPAL PAID      22875.00         .00     22510.48          .00      45385.48
INTEREST PAID        1435.50         .00          .00          .00       1435.50
TOTAL PAID          24310.50         .00     22510.48          .00      46820.98
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $    2159.02 .
```

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/23/08                          /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE